JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF AND ADELE SCHNEIDEREIT, ) <br> ) <br>              Plaintiffs, ) <br> ) <br>    v. ) <br> ) <br> SCOTT & BRIAN INC., 401 K ) <br> PROFIT SHARING PLAN U/A DTD ) <br> 01/01/2003, FBO SCOTT AND ) <br> JANET EHRKE; DEUTSCHE BANK ) <br> NATIONAL TRUST COMPANY ) <br> AMERICAS, Individually as a ) <br> business entity and as ) <br> Trustee/Custodian; ALLY ) <br> FINANCIAL INC., formerly GMAC ) <br> MORTGAGE, LLC; Executive ) <br> Trustee Services, LLC dba ETS ) <br> SERVICES, LLC; CSRJ LAND AND ) <br> CATTLE, LLC; STEPHEN R. NINO; ) <br> CATHERINE NINO; RYAN BROWDER; ) <br> JENNIFER BROWDER; ROBERT ) <br> "SCOTT" EHRKE; JANET EHRKE, ) <br> Inclusive, ) <br> ) <br>              Defendants. ) <br> _____ ) | CASE NO.: CV 11-06919JVS(RNBx) <br> Hon. James V. Selna <br> Ctrm. 10-C <br> <br> **JUDGMENT** |

    Defendants Deutsche Bank National Trust Company Americas ("Deutsche Bank"), Ally Financial Inc. ("Ally"), and ETS Services, LLC ("ETS") filed a Motion to Dismiss the Third Amended Complaint of Plaintiffs Jeff and Adele Schneidereit

("Plaintiffs") on March 12, 2012. As more fully set forth in the Court's April 27, 2012 Order Granting Defendants' Motion to Dismiss Third Amended Complaint, after full consideration of the Defendants' Motion and Reply, Plaintiffs' Opposition, and the authorities submitted in support thereof, the Court dismissed all of Plaintiffs' claims against Defendants Deutsche Bank, Ally, and ETS, with prejudice.

On December 19, 2012, Plaintiffs' Motion for Judgment on the Pleadings Against Defendants Scott & Brian Inc., 401 K Profit Sharing Plan U/A DTD 01/01/2003, FBO Scott and Janet Ehrke; Robert "Scott" Ehrke; Janet Ehrke (collectively "the Ehrke Defendants") and CSRJ Land and Cattle, LLC; Stephen R. Nino; Catherine Nino; Ryan Browder; and Jennifer Browder (collectively "the CSRJ Defendants") came before the Court. On that same date, Motions for Judgment on the Pleadings filed against Plaintiffs by the Ehrke Defendants and by the CSRJ Defendants came before the Court. After full consideration of the Defendants' Motions and Replies, Plaintiffs' Oppositions, and the authorities submitted in support thereof, the Court denied Plaintiffs' Motion for Judgment on the Pleadings Against the Ehrke and CSRJ Defendants, and granted the Ehrke and CSRJ Defendants' Motion for Judgment on the Pleadings Against the Plaintiffs.

The Court orders that:

(1)  The Plaintiffs recover nothing;

(2)  Judgment shall be entered forthwith in favor of Defendants Deutsche Bank National Trust Company Americas, Ally Financial Inc., and ETS Services, LLC, and against Plaintiffs;

1  (3) Judgment shall be entered forthwith in favor of
2  Defendants Scott & Brian Inc, 401 K Profit Sharing Plan U/A DTD
3  01/01/2003, FBO Scott and Janet Ehrke, Robert "Scott" Ehrke, and
4  Janet Ehrke, and against Plaintiffs;
5  (4) Judgment shall be entered forthwith in favor of
6  Defendants CSRJ Land and Cattle, LLC, Stephen R. Nino, Catherine
7  Nino, Ryan Browder, and Jennifer Browder, and against
8  Plaintiffs; and
9  (5) Defendants Deutsche Bank National Trust Company
10 Americas, Ally Financial Inc., ETS Services, Scott & Brian Inc,
11 401 K Profit Sharing Plan U/A DTD 01/01/2003, FBO Scott and
12 Janet Ehrke, Robert "Scott" Ehrke, Janet Ehrke, CSRJ
13 Land and Cattle, LLC, Stephen R. Nino, Catherine Nino, Ryan
14 Browder, and Jennifer Browder shall recover costs from
15 Plaintiffs Jeff and Adele Schneidereit.

17 Dated: January 2, 2013

_____
The Honorable James V. Selna

23 APPROVED AS TO FORM:

25 Date: _____       _____
                                                 Jeff Schneidereit

27 Date: _____       _____
                                                 Adele Schneidereit

```
1   Date: _____          P. TERENCE SCHUBERT, ESQ.
                                    A Professional Law Corporation
2

3                                   By:_____
                                       P. Terence Schubert, Attorney for
4                                      Defendants CSRJ Land & Cattle,
                                       LLC; Ryan Browder; Jennifer
5                                      Browder; Stephen R. Nino;
                                       Catherine Nino
6

7   Date: _____          Law Offices of Andrew W. Hays

8
                                    By:_____
9                                      Andrew W. Hays, Attorney for
                                       Defendants Scott & Brian, Inc. 401
10                                     K Profit, Sharing Plain U/A DTD
                                       01/01/2003, FBO Scott and Janet
11                                     Ehrke, Robert "Scott" Ehrke and
                                       Janet Ehrke
12

13  Date: _____          SEVERSON & WERSON
                                    A Professional Corporation
14

15                                  By:_____
                                       Robert J. Gandy
16                                     Attorney for Defendants Ally
                                       Financial Inc., formerly GMAC
17                                     Mortgage, LLC; and Executive
                                       Trustee Services, LLC dba ETS
```