JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFF AND ADELE SCHNEIDEREIT,  )<br>                      )<br>          Plaintiffs,  )<br>                      )<br>    v.               )<br>                      )<br>SCOTT & BRIAN INC., 401 K    )<br>PROFIT SHARING PLAN U/A DTD  )<br>01/01/2003, FBO SCOTT AND   )<br>JANET EHRKE; DEUTSCHE BANK   )<br>NATIONAL TRUST COMPANY      )<br>AMERICAS, Individually as a  )<br>business entity and as     )<br>Trustee/Custodian; ALLY     )<br>FINANCIAL INC., formerly GMAC )<br>MORTGAGE, LLC; Executive    )<br>Trustee Services, LLC dba ETS )<br>SERVICES, LLC; CSRJ LAND AND )<br>CATTLE, LLC; STEPHEN R. NINO; )<br>CATHERINE NINO; RYAN BROWDER; )<br>JENNIFER BROWDER; ROBERT    )<br>"SCOTT" EHRKE; JANET EHRKE,  )<br>Inclusive,              )<br>                      )<br>          Defendants.  )<br>_____ ) | CASE NO.: CV 11-06919JVS(RNBx)<br>Hon. James V. Selna<br>Ctrm. 10-C<br><br>**JUDGMENT** |

Defendants Deutsche Bank National Trust Company Americas

("Deutsche Bank"), Ally Financial Inc. ("Ally"), and ETS

Services, LLC ("ETS") filed a Motion to Dismiss the Third

Amended Complaint of Plaintiffs Jeff and Adele Schneidereit

1  ("Plaintiffs") on March 12, 2012.  As more fully set forth in

2  the Court's April 27, 2012 Order Granting Defendants' Motion to

3  Dismiss Third Amended Complaint, after full consideration of the

4  Defendants' Motion and Reply, Plaintiffs' Opposition, and the

5  authorities submitted in support thereof, the Court dismissed

6  all of Plaintiffs' claims against Defendants Deutsche Bank,

7  Ally, and ETS, with prejudice.

8       On December 19, 2012, Plaintiffs' Motion for Judgment on

9  the Pleadings Against Defendants Scott & Brian Inc., 401 K

10  Profit Sharing Plan U/A DTD 01/01/2003, FBO Scott and Janet

11  Ehrke; Robert "Scott" Ehrke; Janet Ehrke (collectively "the

12  Ehrke Defendants") and CSRJ Land and Cattle, LLC; Stephen R.

13  Nino; Catherine Nino; Ryan Browder; and Jennifer Browder

14  (collectively "the CSRJ Defendants") came before the Court.  On

15  that same date, Motions for Judgment on the Pleadings filed

16  against Plaintiffs by the Ehrke Defendants and by the CSRJ

17  Defendants came before the Court.  After full consideration of

18  the Defendants' Motions and Replies, Plaintiffs' Oppositions,

19  and the authorities submitted in support thereof, the Court

20  denied Plaintiffs' Motion for Judgment on the Pleadings Against

21  the Ehrke and CSRJ Defendants, and granted the Ehrke and CSRJ

22  Defendants' Motion for Judgment on the Pleadings Against the

23  Plaintiffs.

24       The Court orders that:

25       (1)  The Plaintiffs recover nothing;

26       (2)  Judgment shall be entered forthwith in favor of

27  Defendants Deutsche Bank National Trust Company Americas, Ally

28  Financial Inc., and ETS Services, LLC, and against Plaintiffs;

1     (3)  Judgment shall be entered forthwith in favor of

2  Defendants Scott & Brian Inc, 401 K Profit Sharing Plan U/A DTD

3  01/01/2003, FBO Scott and Janet Ehrke, Robert "Scott" Ehrke, and

4  Janet Ehrke, and against Plaintiffs;

5     (4)  Judgment shall be entered forthwith in favor of

6  Defendants CSRJ Land and Cattle, LLC, Stephen R. Nino, Catherine

7  Nino, Ryan Browder, and Jennifer Browder, and against

8  Plaintiffs; and

9     (5)  Defendants Deutsche Bank National Trust Company

10  Americas, Ally Financial Inc., ETS Services, Scott & Brian Inc,

11  401 K Profit Sharing Plan U/A DTD 01/01/2003, FBO Scott and

12  Janet Ehrke, Robert "Scott" Ehrke, Janet Ehrke, CSRJ

13  Land and Cattle, LLC, Stephen R. Nino, Catherine Nino, Ryan

14  Browder, and Jennifer Browder shall recover costs from

15  Plaintiffs Jeff and Adele Schneidereit.

17  Dated: January 2, 2013

19                              _____

20                         The Honorable James V. Selna

23  APPROVED AS TO FORM:

25  Date: _____        _____

26                              Jeff Schneidereit

27  Date: _____        _____

28                              Adele Schneidereit

```
 1   Date: _____          P. TERENCE SCHUBERT, ESQ.
                                      A Professional Law Corporation
 2

 3                             By:_____
                                      P. Terence Schubert, Attorney for
 4                                    Defendants CSRJ Land & Cattle,
                                      LLC; Ryan Browder; Jennifer
 5                                    Browder; Stephen R. Nino;
                                      Catherine Nino
 6

 7   Date: _____          Law Offices of Andrew W. Hays

 8

 9                             By:_____
                                      Andrew W. Hays, Attorney for
10                                    Defendants Scott & Brian, Inc. 401
                                      K Profit, Sharing Plain U/A DTD
11                                    01/01/2003, FBO Scott and Janet
                                      Ehrke, Robert "Scott" Ehrke and
12                                    Janet Ehrke

13   Date: _____          SEVERSON & WERSON
                                      A Professional Corporation
14

15                             By:_____
                                      Robert J. Gandy
16                                    Attorney for Defendants Ally
                                      Financial Inc., formerly GMAC
17                                    Mortgage, LLC; and Executive
                                      Trustee Services, LLC dba ETS
18

19

20

21

22

23

24

25

26

27

28
```